### Katz Unemployment Compensation Case. Major Petroleum Company, Appellant, v. Unemployment Compensation Board of Review.

Argued December 12, 1969. *Paul Leo McSorley*, with him *McSorley, Purcell and McSorley*, for appellant; *Sydney Reuben*, Assistant Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.

WATKINS, J., absent.